[No. 68342-0-I.   Division One.   July 8, 2013.]

GORDON WOODLEY, *Appellant*, v. USAA CASUALTY INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-01791-5, Hollis R. Hill, J., entered January 20, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 68346-2-I.   Division One.   July 8, 2013.]

BENJAMIN GONZALEZ-MENDOZA ET AL., *Appellants*, v. ANNSIANNE S. BURDICK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-33924-8, James D. Cayce, J., entered February 9, 2012. *Remanded* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 68443-4-I.   Division One.   July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH S. HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05030-5, Mariane C. Spearman, J., entered February 3, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 68466-3-I.   Division One.   July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA M. O'NEILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00675-0, Jay V. White, J., entered March 9, 2012. *Affirmed* by unpublished per curiam opinion.